# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARSHALL RAY AIMES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-13-1340-M |
| ) | |
| ANITA TRAMMEL, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On December 31, 2013, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that petitioner's motion for leave to proceed in forma pauperis be denied and that petitioner be ordered to prepay the full $5 filing fee for this action to proceed. On January 31, 2014, petitioner paid the $5 filing fee.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on December 31, 2013, and

(2) DENIES petitioner's motion for leave to proceed in forma pauperis [docket no. 2].

**IT IS SO ORDERED this 3rd day of February, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE