# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARSHALL RAY AIMES, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-13-1340-M ) |
| ANITA TRAMMEL, | ) ) |
| Respondent. | ) ) |

## ORDER

On September 26, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the petition be dismissed as untimely. Petitioner was advised of his right to object to the Report and Recommendation by October 17, 2014. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on September 26, 2014, and

(2) DISMISSES the petition for writ of habeas corpus as untimely.

**IT IS SO ORDERED this 23rd day of October, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE